### 21641.   CLARKE *v.* THE STATE.

BLOODWORTH, J.   This case is controlled by the decision in *Clarke* v. *State,* next preceding.

*Judgment affirmed.   Broyles, C. J., and Luke, J., concur.*

DECIDED NOVEMBER 11, 1931.   REHEARING DENIED DECEMBER 15, 1931.